| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

JEREMY V. PINSON, §
  §
          Plaintiff, §
  §
versus § CIVIL ACTION H-09-697
  §
ANTHONY CUBB, ET AL., §
  §
          Defendants §

## Opinion on Dismissal

On Jeremy Pinson's notice of dismissal (4), this case is dismissed.

Signed April 8, 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge